REGIS FERNANDEZ, ESQUIRE
7 Federal Square
Newark, New Jersey 07102
Telephone: 973-297-0002
Cell: 201-787-5584

March 23, 2026

Via Electronic Filing

Honorable Madeline Cox Arleo, U.S.D.J.
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4066
Newark, NJ 07101

Re:    Miranda Balbin v. Bondi, Civil Action No. **2:26-cv-01297-MCA**

REQUEST TO LIFT STAY AND VOLUNTARY DISMISS HABEAS PETITION

Dear Judge Arleo:

I represent the Petitioner with regard to the instant habeas petition. I respectfully request that the Court lift the stay previously entered in this matter and permit voluntary dismissal of the petition.

The Petitioner has elected to pursue voluntary departure and requires closure of the pending habeas proceedings in order to proceed accordingly. As such, continuation of this action is no longer necessary.

I wish to thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Regis Fernandez
Regis Fernandez, Esquire
March 23, 2026

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:  3/24/26

CERTIFICATE OF SERVICE

I, Regis Fernandez, Esquire, hereby certify that on March 23, 2026, I electronically filed the foregoing letter via the Court's CM/ECF system, which provided electronic notice of the filing to:

John Francis Basiak
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102

/s/ Regis Fernandez
Regis Fernandez, Esquire
March 23, 2026